UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA BRAWER,

                Plaintiff,

-v-

HEALING FOUNDATIONS CENTER,

                Defendant.

25-CV-10074 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Plaintiff Patricia Brawer, proceeding pro se, commenced this action against Healing Foundations Center (the "Center") on December 4, 2025. (ECF No. 1.) The complaint alleged a breach of contract claim against the Center and demanded judgment in the sum of $45,000.00 excluding interest and costs. (*Id.* at 3-4.) On December 10, 2025, the Court ordered Brawer to show cause by January 7, 2026 as to why her complaint should not be dismissed for lack of subject matter jurisdiction, given that the complaint asserted only a state law claim and did not allege an amount in controversy exceeding $75,000. (ECF No. 5.) Brawer has not shown cause.

Accordingly, this action is dismissed without prejudice to refiling for lack of subject matter jurisdiction.

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: January 21, 2026
      New York, New York

_____
J. PAUL OETKEN
United States District Judge